**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida



Case Number: 1:19-CV-20249 CMA

Plaintiff:
**DEBORAH CARROLL**

vs.

Defendant:
**NCL (BAHAMAS) LTD., BAHAMAS CRUISE TOURS, LTD., NORWEGIAN CRUISE LINE HOLDINGS, LTD., JOHN DOE and XYZ CORPORATION(S)**



For:
Jason R. Margulies, Esquire
Lipcon Margulies Alsina & Winkleman, P.A.
2 South Biscayne Boulevard
One Biscayne Tower / Suite 1776
Miami, FL 33131

Received by Pro Servers, Inc. on the 17th day of January, 2019 at 2:30 pm to be served on **NORWEGIAN CRUISE LINE HOLDINGS LTD. through its Registered Agent DANIEL S. FARKAS, ESQUIRE, 7665 CORPORATE CENTER DRIVE, MIAMI, Miami-Dade County, FL 33126**.

I, Luis Mesa, do hereby affirm that on the **18th day of January, 2019** at **1:41 pm, I**:

served a **CORPORATION** pursuant to F.S. 48.081 (3)(a) by serving a true copy of the **Summons in a Civil Action and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **DEE ANNA DE LUCAS for Registered Agent DANIEL S. FARKAS, ESQUIRE** as **an authorized Paralegal** at the address of: **7665 CORPORATE CENTER DRIVE, MIAMI, Miami-Dade County, FL 33126**, and informed said person of the contents therein, in compliance with state statutes. Service was made in this fashion, on an employee of the registered agent, or on any employee at the corporation's principal place of business, when the registered agent is temporarily absent and/or fails to make him/herself available at his or her office.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the 11th Judicial Circuit in and for Miami-Dade County, FL. Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true. Notary Not Required (F.S. 92.525).

**Luis Mesa**
CPS #2383

Pro Servers, Inc.
214 Apache Street
Tavernier, FL 33070
(305) 741-7761

Our Job Serial Number: EQE-2019000112
Ref: CARROLL / NCL.NORWEIGIAN

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0g