UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20249-CIV-ALTONAGA/Goodman

**DEBORAH CARROLL**,

      Plaintiff,
vs.

**NCL (BAHAMAS) LTD.**, *et al.*,

      Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court *sua sponte*. Defendants, Norwegian Cruise Line Holdings Ltd., NCL (Bahamas) Ltd.; Norwegian Cruise Line Holdings Ltd.; and Bahamas Cruise Tours Ltd., appear to have been served (*see* Returns of Service [ECF Nos. 6, 7, 9, and 11]), while to date, no proof of service on the remaining Defendants has been filed. To better manage the orderly progress of the case, it is

**ORDERED** that Defendants, Norwegian Cruise Line Holdings Ltd., NCL (Bahamas) Ltd., Norwegian Cruise Line Holdings Ltd., and Bahamas Cruise Tours Ltd., shall not file a response until all of the Defendants have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.

**DONE AND ORDERED** in Miami, Florida, this 4th day of February, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record